ANTHONY CAPOBIANCO (SBN 162551)
**CAPOBIANCO LAW OFFICES, P.C.**
77935 Calle Tampico, Suite 101
La Quinta, California 92253
Telephone: (760) 771-8345
Facsimile: (760) 771-8128
acapobianco@capobiancolaw.com

Attorneys for Defendants
DoveBid, Inc. and GoIndustry USA, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROLSCHE BIERBROUWERIJ NEDERLAND, B.V., a Foreign Corporation based in the Netherlands,<br><br>Plaintiff,<br><br>v.<br><br>DOVEBID, INC., a Delaware Corporation, and GOINDUSTRY USA, INC., a Maryland Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 11-00763 LB<br><br>**AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Rule 6-1(a) of the Local Rules of the Northern District of California, Plaintiff Grolsche Bierbrouuwerij Nederland, B.V. ("*Plaintiff*"), and Defendants DoveBid, Inc. and GoIndustry USA, Inc. (collectively, "*Defendants*"), hereby stipulate to extend the time for Defendants to respond to Plaintiff's complaint in this action and hereby amend the stipulation previously filed on or about February 22, 2011.

Plaintiff filed its complaint in state court on or about November 24, 2010. Plaintiff served its complaint on Defendants by mail on or about January 18, 2011, and Defendants removed that action to this court on February 18, 2011. Defendants acknowledge that they have now been served with Plaintiff's complaint.

The parties hereby stipulate and agree that Defendants shall file their respective answers, motions or other responses on or before March 14, 2011. The parties agree that nothing in this stipulation affects or limits in any way, Plaintiff's right to file a motion for remand.

This Stipulation is not for purpose of delay. The Case Management Conference is scheduled for June 2, 2011, and the parties' Rule 26(f) Report and Case Management Conference Statements are due May 26, 2011. These dates should not be affected by this Stipulation.

IT IS SO STIPULATED AND AGREED.

Date: March 2, 2011                           CAPOBIANCO LAW OFFICES, P.C.

                                              By: _____
                                              Anthony Capobianco
                                              Attorneys for Defendants
                                              DoveBid, Inc. and GoIndustry USA, Inc.

Date: March 2, 2011                           FARELLA BRAUN & MARTEL LLP

                                              By: _____
                                              Arjun Agarwal
                                              Attorneys for Plaintiff
                                              Grolsche Bierbrouwerij Nederland, B.V.

IT IS SO ORDERED
DATED: March _7_, 2011
                                              _____
                                              Honorable Samuel Conti
                                              Judge of the US District Court

**PROOF OF SERVICE**
*GROLSCHE V. DOVEBID, ET AL.*
**CASE NO. C 11-00763 LB**

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an employee of CAPOBIANCO LAW OFFICES, P.C. and my business address is 77935 Calle Tampico, Suite 101, La Quinta, California 92253. I am over the age of eighteen (18) years and not a party to or interested in the within-entitled action.

On March 2, 2011, I caused to be served in the manner indicated below the following documents:

**AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

By:

| | |
|---|---|
| X | **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of same to the addresses set forth below, in a sealed envelope, with postage fully prepaid. |
| | **FEDERAL EXPRESS** for delivery the following business day by placing same for collection in the nearest Federal Express Deposit Box or Federal Express Office to the business addresses set forth below. |

To:

Richard Van Duzer
Arjun Agarwal
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480

Executed on March 2, 2011, at La Quinta, California.

_____
Trudy Brown

- 1 -
PROOF OF SERVICE