ANTHONY CAPOBIANCO (SBN 162551)
**CAPOBIANCO LAW OFFICES, P.C.**
77935 Calle Tampico, Suite 101
La Quinta, California 92253
Telephone: (760) 771-8345
Facsimile: (760) 771-8128
acapobianco@capobiancolaw.com

Christopher T. Holland [SBN 164053]
(cholland@kksrr.com)
Matthew T. Peters [SBN 256739]
(mpeters@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY &
ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
DoveBid, Inc. and GoIndustry USA, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GROLSCHE BIERBROUWERIJ NEDERLAND, B.V., a Foreign Corporation based in the Netherlands,<br><br>Plaintiff,<br><br>v.<br><br>DOVEBID, INC., a Delaware Corporation, and GOINDUSTRY USA, INC., a Maryland Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 11-00763 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Pursuant to Rule 6-1(a) of the Local Rules of the Northern District of California, Plaintiff Grolsche Bierbrouuwerij Nederland, B.V. ("***Plaintiff***"), and Defendants DoveBid, Inc. and GoIndustry USA, Inc. (collectively, "***Defendants***"), hereby stipulate to extend the time for ***Defendants*** to respond to ***Plaintiff's*** Amended Complaint in this action.

As the court is aware, ***Defendants*** filed a Motion to Dismiss ***Plaintiff's*** Original Complaint on March 14, 2011 [Dkt. No. 13]. ***Plaintiff*** subsequently filed an Amended Complaint on April 4, 2011 [Dkt. No. 19]. In light of ***Plaintiff's*** Amended Complaint, the hearing on ***Defendants'*** original Motion to Dismiss is now moot, and is being taken off-calendar by virtue of the Notice of Withdrawal of Motion which is being filed concurrently herewith.

The current deadline to respond to ***Plaintiff's*** Amended Complaint in this matter is Monday, April 18, 2011. Unfortunately, however, over the past two days Anthony Capobianco, lead defense counsel for both DoveBid, Inc. and GoIndustry USA, Inc., lost an officemate and close friend to a sudden stroke and subsequent complications. As a result, Mr. Capobianco's time during the next several days will be occupied by the funeral arrangements, assisting his friend's wife and family, grievance, and related matters. Under the circumstances, the parties have agreed to a brief extension of time for ***Defendants*** to respond to the Amended Complaint.

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. ***Defendants'*** Response to the Amended Complaint is hereby due on May 2, 2011.
2. The parties further agree that nothing in this stipulation waives, affects, and/or limits in any way, the parties' rights, claims, arguments, counterclaims, and/or defenses in law or equity.

This Stipulation is not for purpose of delay. The Case Management Conference remains scheduled for June 10, 2011, and the parties' Rule 26(f) Report and Case

Management Conference Statements remain due on June 3, 2011. Those dates should not be affected by this Stipulation.

IT IS SO STIPULATED AND AGREED.

Date: April 13, 2011                                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


                                                    By:   /s/
                                                          Christopher T. Holland
                                                          Attorneys for Defendants
                                                          DoveBid, Inc. and GoIndustry USA, Inc.


Date: April 13, 2011                                FARELLA BRAUN & MARTEL LLP


                                                    By:   /s/
                                                          Arjun Agarwal
                                                          Attorneys for Plaintiff
                                                          Grolsche Bierbrouwerij, Nederland, B.V.

IT IS SO ORDERED

Judge Samuel Conti

April 19, 2011

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---
STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

# PROOF OF SERVICE
## *GROLSCHE V. DOVEBID, ET AL.*
### CASE NO. C 11-00763 SC

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an employee of KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP and my business address is 555 Montgomery Street, San Francisco, California 94111. I am over the age of eighteen (18) years and not a party to or interested in the within-entitled action.

On April 13, 2011, I caused to be served in the manner indicated below the following documents:

**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

By:

| | |
|---|---|
| X | **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of same to the addresses set forth below, in a sealed envelope, with postage fully prepaid. |
| | **FEDERAL EXPRESS** for delivery the following business day by placing same for collection in the nearest Federal Express Deposit Box or Federal Express Office to the business addresses set forth below. |

To:

Richard Van Duzer
Arjun Agarwal
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480

Executed on April 13, 2011, at San Francisco, California.

_____
Laura DuBose

- 1 -
PROOF OF SERVICE